

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 186096 | 7590 | 01/24/2024 |
|---|---|---|

ipPivot Patent Agency
4000 Legato Road
Suite 1100
Fairfax, VA 22033

| EXAMINER |
|---|
| SKUBINNA, CHRISTINE J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3754 | |

DATE MAILED: 01/24/2024

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/962,579 | 10/10/2022 | Tao Yang | 1005/YAYI-US-IP-0303 | 8185 |

TITLE OF INVENTION: FOLDING BATHTUB

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 04/24/2024 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 11/23)

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

186096   7590   01/24/2024
ipPivot Patent Agency
4000 Legato Road
Suite 1100
Fairfax, VA 22033

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

_____ (Typed or printed name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/962,579 | 10/10/2022 | Tao Yang | 1005/YAYI-US-IP-0303 | 8185 |

TITLE OF INVENTION: FOLDING BATHTUB

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 04/24/2024 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SKUBINNA, CHRISTINE J | 3754 | 004-585000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
   (1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
   (2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.
   
   1 _____
   2 _____
   3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted:  ☐ Issue Fee  ☐ Publication Fee (if required)
4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☐ Electronic Payment via the USPTO patent electronic filing system    ☐ Enclosed check    ☐ Non-electronic payment by credit card (Attach form PTO-2038)
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)
   ☐ Applicant certifying micro entity status. See 37 CFR 1.29
   ☐ Applicant asserting small entity status. See 37 CFR 1.27
   ☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/962,579 | 10/10/2022 | Tao Yang | 1005/YAYI-US-IP-0303 | 8185 |

| | | | EXAMINER |
|---|---|---|---|
| 186096 | 7590 | 01/24/2024 | SKUBINNA, CHRISTINE J |

ipPivot Patent Agency
4000 Legato Road
Suite 1100
Fairfax, VA 22033

| ART UNIT | PAPER NUMBER |
|---|---|
| 3754 | |

DATE MAILED: 01/24/2024

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013).
https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;

2) a federal, state, local, or international agency, in response to its request;

3) a contractor of the USPTO having need for the information in order to perform a contract;

4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;

5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;

6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;

7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;

8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));

9) the Office of Personnel Management (OPM) for personnel research purposes; and

10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

| Notice of Allowability | Application No. 17/962,579 | Applicant(s) Yang, Tao | |
|---|---|---|---|
| | Examiner CHRISTINE J SKUBINNA | Art Unit 3754 | AIA (FITF) Status Yes |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to 1/2/24.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 1-7 and 9-15. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some*   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____.
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____.
5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/CHRISTINE J SKUBINNA/
Primary Examiner, Art Unit 3754

Application/Control Number: 17/962,579 Page 2
Art Unit: 3754

## DETAILED ACTION

### *Allowable Subject Matter*

1. Claims 1-7 and 9-15 are allowed.

2. The following is an examiner's statement of reasons for allowance: in independent claims 1 and 11, the inclusion of limitation, "wherein an outer edge of the supporting ring is downwards folded to form a ring slot, a lower surface of the upper folding part is provided with a stopper; and the stopper is a stop block which is clamped in the ring slot," along with other claim language was not found or fairly taught by the prior art.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRISTINE J SKUBINNA whose telephone number is (571)270-5163. The examiner can normally be reached on Monday thru Thursday, 9:30 AM to 6PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, DAVID ANGWIN can be reached on 571-270-3735. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 17/962,579  Page 3
Art Unit: 3754

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/CHRISTINE J SKUBINNA/
Primary Examiner, Art Unit 3754
1/3/2024

Appl. No. 17/962,579
Reply to Office Action of: October 31, 2023,
Attorney Docket No.: 1005/YAYI-US-IP-0303

# PATENT APPLICATION
## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application No. | : | 17/962,579 |
| Application Filing Date | : | October 10, 2022 |
| First Inventor | : | Tao Yang |
| Attorney Docket No. | : | 1005/YAYI-US-IP-0303 |
| Confirmation No. | : | 8185 |
| Examiner | : | SKUBINNA,CHRISTINE J |
| Art Unit | : | 3754 |
| Customer No. | : | |

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

## RESPONSE

Sir/Madam:

In response to the Office Action of **October 31, 2023**, please consider the following.

**Amendments to the Claims** begin on page **2** of this paper.

**Remarks** begin on page **6** of this paper.

Appl. No. 17/962,579
Reply to Office Action of: October 31, 2023,
Attorney Docket No.: 1005/YAYI-US-IP-0303

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

1. (currently amended) A folding bathtub, comprising:

a tub body; and

a supporting ring, which is arranged on the tub body, wherein the supporting ring comprises a left ring part, a right ring part and an upper folding part; the left ring part and the right ring part are respectively arranged on two sides of an upper end of the tub body; the upper folding part is arranged between the left ring part and the right ring part;

the upper folding part is made of a soft material; the supporting ring achieves rotatable folding between the left ring part and the right ring part by means of deformation of the upper folding part; and the supporting ring is folded to drive the tub body to deform and be folded;

wherein an outer edge of the supporting ring is downwards folded to form a ring slot, a lower surface of the upper folding part is provided with a stopper; and the stopper is a stop block which is clamped in the ring slot.

2. (currently amended) The folding bathtub according to claim 1, wherein ~~a lower surface of the upper folding part is provided with a stopper, and~~ two ends of the stopper respectively extend to the left ring part and the right ring part to limit downward rotation of the left ring part and the right ring part.

3. (original) The folding bathtub according to claim 1, wherein the tub body comprises:

a left tub body and a right tub body, which are respectively connected to the left ring part and the right ring part; and

a lower folding part, which is arranged between the left tub body and the right tub body, and is connected to the upper folding part;

Appl. No. 17/962,579
Reply to Office Action of: October 31, 2023,
Attorney Docket No.: 1005/YAYI-US-IP-0303

wherein the lower folding part is made of a soft material; and the upper folding part deforms to drive the lower folding part to deform, which achieves folding between the left tub body and the right tub body.

4. (original) The folding bathtub according to claim 3, wherein upper ends of the left tub body and the right tub body are respectively provided with a left extensible part and a right extensible part; the left extensible part and the right extensible part are respectively connected to the left ring part and the right ring part; the left extensible part and the right extensible part are both made of a soft material; and extensible folding up and down between the supporting ring and the tub body is achieved through the deformations of the left extensible part and the right extensible part as well as the lower folding part.

5. (original) The folding bathtub according to claim 4, wherein lower ends of the left tub body and the right tub body are respectively provided with a left supporting part and a right supporting part; and the left supporting part and the right supporting part are both made of a hard material to limit the deformation of the tub body.

6. (original) The folding bathtub according to claim 5, wherein the left extensible part, the right extensible part, the upper folding part and the lower folding part are integrated to form a soft folding part.

7. (original) The folding bathtub according to claim 1, wherein the upper folding part, the left ring part and the right ring part are integrally formed, and the left ring part and the right ring part are both made of a hard material.

8. (canceled)

9. (original) The folding bathtub according to claim 1, wherein the supporting ring and the tub body are integrally formed.

10. (currently amended) The folding bathtub according to claim 5 ~~or 7~~, wherein

Appl. No. 17/962,579
Reply to Office Action of: October 31, 2023,
Attorney Docket No.: 1005/YAYI-US-IP-0303

the soft material is a thermoplastic elastomer (TPE) or silica gel, and the hard material is polypropylene (PP) or acrylonitrile butadiene styrene (ABS).

11. (currently amended) A folding bathtub, comprising:

a tub body; and

a supporting ring, which comprises a first ring part, a second ring part and a first folding part, wherein the first ring part and the second ring part are respectively arranged on two sides of an upper end of the tub body; the first folding part is arranged between the left ring part and the right ring part;

the first folding part is made of a soft material; the supporting ring achieves rotatable folding of the first ring part relative to the second ring part by means of deformation of the first folding part, and then the supporting ring is folded to drive the tub body to deform and be folded;

wherein an outer edge of the supporting ring is downwards folded to form a ring slot, a lower surface of the upper folding part is provided with a stopper; and the stopper is a stop block which is clamped in the ring slot.

12. (currently amended) The folding bathtub according to claim 11, wherein ~~the first folding part is provided with a stopper, and~~ two ends of the stopper respectively extend to the first ring part and the second ring part to limit downward rotation of the first ring part and the second ring part.

13. (original) The folding bathtub according to claim 11, wherein the tub body comprises:

a first tub body and a second tub body, which are respectively connected to the first ring part and the second ring part; and

a second folding part, which is arranged between the left tub body and the right tub body, and is connected to the first folding part;

Appl. No. 17/962,579
Reply to Office Action of: October 31, 2023,
Attorney Docket No.: 1005/YAYI-US-IP-0303

wherein the second folding part is made of a soft material; and the first folding part deforms to drive the second folding part to deform, which achieves folding between the first tub body and the second tub body.

14. (original) The folding bathtub according to claim 13, wherein one end of the first tub body and one end of the second tub body are respectively provided with a first extensible part and a second extensible part; the first extensible part and the second extensible part are respectively connected to the first ring part and the second ring part; the first extensible part and the second extensible part are both made of a soft material; and extensible folding up and down between the supporting ring and the tub body is achieved through the deformations of the first extensible part and the second extensible part as well as the second folding part.

15. (original) The folding bathtub according to claim 14, wherein lower ends of the first tub body and the second tub body are respectively provided with a first supporting part and the second supporting part; the first supporting part and the second supporting part are both made of a hard material to limit the deformation of the tub body; and the first extensible part, the second extensible part, the first folding part and the second folding part are integrated to form a soft folding part.

Appl. No. 17/962,579
Reply to Office Action of: October 31, 2023,
Attorney Docket No.: 1005/YAYI-US-IP-0303

## **REMARKS**

Claims 1-15 are pending. Claims 1, 2, 10, 11 and 12 are amended. Claim 8 is canceled. The amendment can be supported at original claims, specification and drawings. No new matter is added by this Response.

Applicant respectfully requests reconsideration and allowance of the pending claims in view of the following remarks. As Applicant's remarks with respect to the Examiner's rejections are sufficient to overcome these rejections, Applicant's silence as to assertions by the Examiner in the Office Action or certain requirements that may be applicable to such rejections is not a concession by Applicant that such assertions are accurate or such requirements have been met, and Applicant reserves the right to analyze and dispute such in the future.

### **Claim Rejections- 35 USC § 102&103**

The Office Action says that claim(s) 1-3 is/are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Zheng (CN 207 949 708 U).

The Office Action says that claim(s) 1-6 and 10-15 is/are rejected under 35 U.S.C.102(a)(2) as being anticipated by Pruzhansky et al.(US Pub.2022/00793900).

The Office Action says that claim(s) 7 and 9 is/are rejected under 35 U.S.C. 103 as being unpatentable over Pruzhansky et al. (US Pub.2022/00793900).

However, the Office Action says that claim 8 is objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

In response, claim 1 has been amended by adding features corresponding to the features in original claim 8, claim 8 has been canceled, and claim 11 has been amended

Appl. No. 17/962,579
Reply to Office Action of: October 31, 2023,
Attorney Docket No.: 1005/YAYI-US-IP-0303

by adding features corresponding to the features in original claim 8. Therefore, amended claims 1 and 11 is novel, unobvious and patentable under 35 U.S.C.§102 & 103(a) over "Zheng" and "Pruzhansky et al.". Applicant respectfully requests reconsideration and withdrawal of the 35 U.S.C. §103(a) rejection of amended claim 1 and 11, claims 2-7 and 12-15.

## Allowable Subject Matter

The Office Action says that claim 8 is objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

In response, claim 1 and claim 11 are amended by adding features corresponding to the features in original claim 8. Claim 8 are canceled.

Appl. No. 17/962,579
Reply to Office Action of: October 31, 2023,
Attorney Docket No.: 1005/YAYI-US-IP-0303

## CONCLUSION

In view of the above, the undersigned representative respectfully submits that the foregoing Amendment and Response places this application in condition for allowance and a Notice to that effect is earnestly solicited. If Examiner believes that there are any issues that can be resolved by a telephone conference, or that there are any informalities that can be corrected by an Examiner's amendment, please call the undersigned representative at the number given below.

The undersigned representative requests any extension of time that may be deemed necessary to further the prosecution of this application.

Respectfully,

By
/Chih Kuei Hu/
Chih Kuei Hu,
Reg. No. 77909
4000 Legato Road
Suite 1100
Fairfax, VA 22033